Irene Karbelashvili
[Pick the date]

# EXHIBIT "A"

