Irene Karbelashvili (SBN 232223)
12 South First Street, Suite 413
San Jose, California  95113
Telephone:  408.295.0137
Fax: 408.295.0142

Kenneth J. Pinto (SBN 221422)
12 South First Street, Suite 713
San Jose, California  95113
Telephone:  408.289.1765
Fax: 408.289.1754

Attorneys for RICHARD JOHNSON, Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>GURPREET SACHDEV, an individual, d/b/a/ SUBWAY SANDWICHES; a California corporation, d/b/a/ SUBWAY; 1402 CAMDEN, LLC, a California limited liability company; and DOES 1-20,<br><br>            Defendants. | Case No.  5:14-cv-05536-RMW<br><br>Assigned to Hon. Ronald M. Whyte<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO HOLD JOINT INSPECTION OF PREMISES** |

## FACTS

Pursuant to the Scheduling Order issued by the court in the case at bar, the last day to hold a joint inspection of the premises with or without meet and confer regarding settlement is 04-02-2015.  The Parties have not conducted the joint inspection.

The parties were delayed in proceeding with the scheduling order tasks because the Parties were waiting for (1) Camden LLC to be properly served and for (2) counsel for

1

**STIPULATION TO EXTEND TIME FOR JOINT INSPECTION PURSUANT TO SCHEDULING ORDER**

GURPREET SACHDEV, an individual, d/b/a/ SUBWAY SANDWICHES; a California corporation, d/b/a/ SUBWAY to determine whether he would also be representing the remaining Defendant (1402 CAMDEN, LLC, a California limited liability company).

Presently the Defendant 1402 CAMDEN, LLC, a California limited liability company has not been served.  Nevertheless Plaintiff and counsel for Defendant GURPREET SACHDEV, an individual, d/b/a/ SUBWAY SANDWICHES; a California corporation, d/b/a/ SUBWAY desire to proceed with the case with a 60 day extension of time to conduct the joint inspection of the premises.

## **STIPULATION**

Therefore the Parties; Plaintiff Richard Johnson ("Plaintiff") and Defendant GURPREET SACHDEV, an individual, d/b/a/ SUBWAY SANDWICHES; a California corporation, d/b/a/ SUBWAY by and through their respective counsel, hereby stipulate as follows:

The parties agree to extend time for joint inspection of the premises in the case at bar will for 60 days, such that the last day to hold a joint inspection of the premises with or without meet and confer regarding settlement is 06-01-2015

DATED:  04-02-2015                    LAW OFFICE OF KENNETH J. PINTO


                                      By:   */S/ Kenneth J. Pinto*
                                          KENNETH J. PINTO
                                          Attorneys for Plaintiff RICHARD
                                          JOHNSON

DATED: 04-01-2015　　　　　　　　　　SWEENEY, MASON, WILSON & BOSOMWORTH

　　　　　　　　　　　　　　　　　　By: /s/ Christopher Olson
　　　　　　　　　　　　　　　　　　　　Christopher Olson
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant GURPREET SACHDEV, an individual, d/b/a/ SUBWAY SANDWICHES; a California corporation, d/b/a/ SUBWAY

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 01, 2015, I, Kenneth J. Pinto, received the concurrence of Christopher Olson, Esq. in the filing of this document

　　　　　　　　　　　　　　　　　　By:　　　/s/ Kenneth J. Pintio

　　　　　　　　　　　　　　　　　　KENNETH J. PINTO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(1) The last day to hold a joint inspection of the premises with or without meet and confer regarding settlement is 06-01-2015

Dated: April ___FÎ___, 2015　　By:　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　District Judge
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Northern District of California

**STIPULATION TO EXTEND TIME FOR JOINT INSPECTION PURSUANT TO SCHEDULING ORDER**