Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GURPREET SACHDEV, an individual, d/b/a/ SUBWAY SANDWICHES; TETHER ENTERPRISES, INC., a California corporation, d/b/a/ SUBWAY; 1402 CAMDEN, LLC, a California limited liability company; and DOES 1-20,<br><br>　　　　Defendants. | **Case No. 5:14-CV-05536-RMW**<br><br>Assigned to Hon. Ronlad M. Whyte<br><br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE FUTURE COURT DATES AND (PROPOSED) ORDER** |

1

**NOTICE OF SETTLEMENT**

## **FACTS**

Plaintiff and Defendant in the case at bar have settled the case. Both parties have executed a signed settlement with regard to both injunctive relief and damages. Settlement payment for damages has been made.

The parties have filed a stipulation for dismissal.

Plaintiff requests that the court vacate any future court proceeding in this matter.

DATED:  11-26-2015                                      LAW OFFICE OF KENNETH J. PINTO


                                                        By:   /S/ Kenneth J. Pinto
                                                            KENNETH J. PINTO
                                                            Attorneys for Plaintiff RICHARD
                                                            JOHNSON


## **PROPOSED ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**


Dated:  10/28/2015                                      _/s/ Ronald M. Whyte_

                                                        Hon. Ronald M. Whyte, United States District Court Judge